1  ANDREW C. GREEN, ESQ.
   Nevada Bar No. 9399
2  REGINALD S. THOMAS, ESQ.
   Nevada Bar No. 14424
3  KOELLER NEBEKER CARLSON & HALUCK, LLP
   400 S. 4th Street, Suite 600
4  Las Vegas, NV 89101
   Phone: (702) 853-5500
5  Fax: (702) 853-5599
   *Andrew.green@knchlaw.com*
6  *Reginald.thomas@knchlaw.com*
   Attorneys for Defendant,
7  LM GENERAL INSURANCE COMPANY

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10 RUPINDER Z. BALL, individually,  ) **CASE NO.: 2:18-cv-01740-GMN-PAL**
                                    )
11              Plaintiff,          ) **STIPULATION AND ORDER TO LIMIT**
                                    ) **PLAINTIFF'S ALLEGED DAMAGES TO**
12 vs.                              ) **NOT EXCEED $75,000.00 FOR**
                                    ) **VOLUNTARY REMAND**
13 LM GENERAL INSURANCE COMPANY, a )
   Massachusetts company; DOES I -X; and ROE )
14 CORPORATIONS I through X, inclusive, )
                                    )
15              Defendant.          )

16     **COMES NOW**, Defendant, LM GENERAL INSURANCE COMPANY, by and

17 through its counsel of record, Andrew C. Green, Esq. and Reginald S. Thomas, Esq. of the law

18 firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP and Plaintiff, Rupinder Z.

19 Ball, by and through her counsel of record, Justin G. Randall, Esq. of the law firm of GLEN

20 LERNER INJURY ATTORNEYS and hereby stipulate that Plaintiff hereby limits the total

21 amount of damages she will request, seek or accept in this matter to not exceed $75,000.00,

22 and that the only cause of action she will pursue in this matter will be for alleged breach of

23 contract.  Plaintiff's limitation upon damages to not request or seek damages in excess of

24 ///

25 ///

26 ///

27 ///

28

                                                                        537241

1  $75,000.00 is inclusive of all of Plaintiff's prayers for damages, including but not limited to

2  any requests for compensatory damages, punitive damages, costs, interest and any attorney

3  fees. Plaintiff's stipulation in this regard is hereby non-revocable. In return for Plaintiff's

4  stipulation to limit damages, Defendant stipulates the matter is hereby remanded to the Eighth

5  Judicial District Court in Clark County, Nevada.

6  DATED this 26th day of September, 2018.        DATED this 26th day of September, 2018.

7  KOELLER NEBEKER CARLSON              GLEN LERNER INJURY ATTORNEYS
      & HALUCK, LLP
8

9  By: _____          By: _____
10      ANDREW C. GREEN, ESQ.                  JUSTIN G. RANDALL, ESQ.
        Nevada Bar No. 9399                    Nevada Bar No. 6364 12976
        REGINALD S. THOMAS, ESQ.
11      Nevada Bar No. 14424                   4795 S. Durango Drive
        400 S. 4th Street, Suite 600           Las Vegas, NV 89147
12      Las Vegas, NV 89101                    Attorney for Plaintiff,
        Attorneys for Defendant,               RUPINDER Z. BALL
13      LM INSURANCE CORPORATION

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

537241

## ORDER

     **IT IS HEREBY ORDERED,** that the amount of damages Plaintiff will request, seek or accept in this matter may not exceed $75,000.00, and such limit applies to all of Plaintiff's collective prayers for damages, including but not limited to any requests for compensatory damages, punitive damages, costs, interest and any attorney fees, and the only cause of action she will pursue in this matter will be for alleged breach of contract. This matter is hereby remanded to the Eighth Judicial District Court in Clark County, Nevada.

     **DATED** this __1__ day of October, 2018.

Gloria M. Navarro, Chief Judge
United States District Court Judge

Submitted by,

KOELLER, NEBEKER CARLSON
 & HALUCK, LLP

By _____
   ANDREW C. GREEN, ESQ.
   Nevada Bar No. 9399
   REGINALD S. THOMAS, ESQ.
   Nevada Bar No. 14424
   400 S. 4th Street, Suite 600
   Las Vegas, NV 89101
   Attorneys for Defendant,
   LM GENERAL INSURANCE COMPANY

537241

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of September, 2018 I served a true and correct copy of the **STIPULATION AND ORDER TO LIMIT PLAINTIFF'S ALLEGED DAMAGES TO NOT EXCEED $75,000.00 FOR VOLUNTARY REMAND** by electronically serving all parties via the Court's CM/ECF System.

_____

An Employee of
KOELLER NEBEKER CARLSON & HALUCK, LLP

537241